In the Matter of ROSE S. GELLER, Respondent.
MARK H. SCHNEIDER, Appellant.

(Submitted February 8, 1932; decided February 9, 1932.)

*George W. Israel* for motion.
*Mark H. Schneider* opposed.

Motion denied on condition that appellant file and serve the papers on appeal within five days and within same time pay ten dollars costs of motion; otherwise, motion granted and appeal dismissed, with costs and ten dollars costs of motion.

CANADIAN INDUSTRIAL ALCOHOL COMPANY, LTD., Respondent, *v.* DUNBAR MOLASSES COMPANY, Appellant.

(Submitted January 11, 1932; decided February 9, 1932.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 194.)